# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-13-00670-CV

---

**In re Arnold French**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Arnold French filed a petition for writ of mandamus and emergency motion seeking to stay a writ of possession. Having reviewed the pleadings and documents filed by French, we deny the emergency motion and petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Field

Filed: October 15, 2013